352 U.S. 911
 77 S.Ct. 149
 1 L.Ed.2d 118
 CITIES SERVICE GAS PRODUCING COMPANY, petitioner,
v.
FEDERAL POWER COMMISSION.
 No. 418.
 Supreme Court of the United States
 November 13, 1956
 
 Messrs. Conrad C. Mount, O. R. Stites and Robert R. McCracken, for petitioner.
 Solicitor General Rankin, Assistant Attorney General Doub, Messrs. Melvin Richter, Bernard Cedarbaum and Willard W. Gatchell, for respondent.
 Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit.
 
 
 1
 Denied.